134338

RECEIVED
BY MAIL

MAR 22 2002

CLERK US DIST COURT
ST. PAUL MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-361 JMR/FLN Case Title: Andre L. Nicholson v. Corrections Corporation of America, et al

### Affidavit of Movant

I, A Karl Hansen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Andrea L. Baker, an attorney admitted to practice in the E. Wi. District of Wisconsin, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Jon Litscher in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 244156 MN Attorney License # | 3/13/02 Date

### Affidavit of Proposed Admittee

I, Andrea L. Baker, am currently a member in good standing of the U.S. District Court for E. Wi. District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Andrea L. Baker Type/Print Name | Andrea L. Baker Signature | 3-18-02 Date

Attorney License Number: 1029026

Law Firm Name & Address: Wisconsin Dept. of Justice
17 W. Main St. P.O. Box 7857
Madison, WI 53707-7857

Telephone: (608) 266-0284

Motion Granted: [signature] mmc
For the Court: Richard D. Sletten, Clerk

MAR 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______