UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andra L. Nicholson,

Plaintiff,

v.

Timothy O'Dell, Corrections Corporation of America, and Jon E. Litscher,

Defendants.

Civil 02-361 JMR/FLN

ORDER

---

This matter is before the undersigned United States Magistrate Judge on a motion by Defendants Timothy O'Dell and Corrections Corporation of America to dismiss.

IT IS HEREBY ORDERED that any written response from Plaintiff to this motion to dismiss must be filed with the Court and served on the Defendants on or before May 1, 2002. The Court will decide the motion on written submissions from the parties.

DATED: April 3, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

APR 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK