UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-361(JMR/FLN)

| | | |
|---|---|---|
| Andra L. Nicholson | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Timothy O'Dell | ) | |

Plaintiff objects to the Report and Recommendation, issued August 8, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge. The objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's motions to dismiss any motion by defendants to transfer civil complaint [Docket No. 3], to produce and discovery [Docket No. 4], for an injunction order [Docket No. 5], and for summary judgment [Docket No. 7] are denied as moot.

2. Defendant's motions for dismissal [Docket Nos. 8, 12, & 15] are granted as follows: plaintiff's claims arising out of his transfer to PCF are dismissed with prejudice pursuant to Fed. R. Civ. Pro. 12(b)(6); plaintiff's claims regarding any aspect of the PCF's disciplinary code and security classifications imposed on Wisconsin prisoners housed at PCF are dismissed with prejudice for failure to exhaust administrative remedies, as required the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a); and plaintiff's

CLERK

R.I.C.O. claim is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: October 9th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge