# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Andra L. Nicholson

Plaintiff

v.

Timothy O'Dell

Defendants

Case No. Civil 02-361 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motions to dismiss any motion by defendants to transfer civil complaint, to produce and discovery, for an injunction order, and for summary judgment are denied as moot. Defendant's motions for dismissal are granted as follows: plaintiff's claims arising out of his transfer to PCF are dismissed with prejudice; plaintiff's claims regarding any aspect of the Wisconsin prisoners housed at PCF are dismissed with prejudice for failure to exhaust administrative remedies; and plaintiff's R.I.C.O. claim is dismissed with prejudice.

DATE: October 11, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk