UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-361(JMR/FLN)

| | | |
|---|---|---|
| Andra L. Nicholson | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Timothy O'Dell | ) | |

Plaintiff moves the Court to extend the time for appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5). The Court grants plaintiff's motion. Accordingly, IT IS ORDERED that:

Plaintiff has until February 15, 2003, to file an appeal.

Dated: January 28, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 2-3-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS