# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-1706

| | | |
|---|---|---|
| Andra L. Nicholson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Timothy O'Dell, Warden CCA/PCF; | * | |
| Jon E. Litscher, Wisconsin Secretary | * | [UNPUBLISHED] |
| DOC; Corrections Corporation of | * | CV02-361 JMR/FLN |
| America, Sued as Correction | * | |
| Corporation of America, | * | |
| | * | |
| Appellees. | * | |

Submitted: August 20, 2003

Filed: August 25, 2003

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

OCT 1 7 2003
Jem

# UNI D STATES COURT OF AP. ALS

## FOR THE EIGHTH CIRCUIT

No. 03-1706

| | | |
|---|---|---|
| Andra L. Nicholson,<br><br>Appellant,<br><br>v.<br><br>Timothy O'Dell, Warden CCA/PCF; Jon E. Litscher, Wisconsin Secretary DOC; Corrections Corporation of America, Sued as Correction Corporation of America,<br><br>Appellees. | * | CV02-361 JMR/FLN<br>Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 25, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

OCT 17 2003

Vem

PER CURIAM.

Wisconsin inmate Andra Nicholson appeals the district court's[1] dismissal of his civil complaint. Having carefully reviewed the record and the submissions on appeal, we reject Mr. Nicholson's arguments and conclude that the district court's judgment should be affirmed. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest: Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.